

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANITA CONNALLY, | § | |
| | | No. 08-15-00310-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 298th District Court |
| DALLAS INDEPENDENT SCHOOL | § | |
| DISTRICT, | | of Dallas County, Texas |
| | § | |
| Appellee. | | (TC # DC-14-12387) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the trial court's order granting Appellee's plea to the jurisdiction to the extent it dismissed that portion of Appellant's Whistleblower claim as it relates to her reports of Tampering with a Governmental Record to the Chief (Miller) and Assistant Chief (Hodges) of the Dallas Independent School District police department. We therefore reverse and remand that portion of Appellant's Whistleblower claim to the trial court for further proceedings in accordance with this opinion. The remainder of the trial court's order is affirmed.

We further order that Appellant and Appellee bear their own costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.